Eric D. STREETER, Plaintiff-
Appellant,

v.

WALDEN UNIVERSITY, LLC;
Laureate Education, Inc.,
Defendants-Appellees.

No. 17-1004

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Eric D. Streeter, Appellant Pro Se.

Before KING, AGEE, and WYNN,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Eric D. Streeter seeks to appeal a motion filed before the Judicial Panel on Multidistrict Litigation (JPML). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The filing Streeter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. In addition, this court may review orders from the JPML only when petitioned by extraordinary writ, and then only in certain circumstances not present here. *See* 28 U.S.C. § 1407(e) (2012). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*